UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LAWRENCE ROY DUCKETT,

    Petitioner,

v.      Case Number 08-14852-BC
    Honorable Thomas L. Ludington

CAROL HOWES,

    Respondent.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus, and in accordance with the Opinion and Order entered on this date;

It is **ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DENIED WITH PREJUDICE**.

It is further **ORDERED AND ADJUDGED** that judgment is granted in favor of Respondent and against Petitioner.

    s/Thomas L. Ludington
    THOMAS L. LUDINGTON
    United States District Judge

Dated: March 21, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney of record herein by electronic means and on Lawrence Duckett, #234843 at Florence Crane Correctional Facility, 38 Fourth Street, Coldwater, MI 49036 by first class U.S. mail on March 21, 2011.
    s/Tracy A. Jacobs
    TRACY A. JACOBS